United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MATTHEW BENJAMIN MAJOR,

Plaintiff,

v.

SOCIAL SECURITY
ADMINISTRATION, et al.,

Defendants.

Case No. 24-cv-03199 BLF (PR)

**JUDGMENT**

For the reasons stated in the Order of Dismissal, the Court has dismissed the claims in this action.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:  __October 1, 2024_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.24\03199Major_judgment